UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| HMONG VANG, | Civil No. 23-721 (JRT/DLM) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| B. Eischen, | |
| Respondent. | |

---

Hmong Vang, Reg. No. 18700-509, Federal Prison Camp – Duluth, P.O. 1000, Duluth, MN 55814, *pro se* petitioner.

Chad A Blumenfield, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 South 4th Street, Suite 600, Minneapolis, MN 55415, for respondent.

The above matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Douglas L. Micko dated August 1, 2023. (ECF No. 17.) No objections have been filed to that R&R in the time permitted.

Based on the R&R of the Magistrate Judge, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Petition, (ECF No. 1), is **DENIED** for lack of subject-matter jurisdiction;

2. Petitioner's Motion for Expedited Relief, (ECF No. 15), is **DENIED** as moot; and

3. This action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED:  August 22, 2023
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge